```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION

MAURICE WILLIAMS,                    )
                                     )
                 Plaintiff,          )
                                     )
         v.                          )      No. 4:07-CV-1309-TCM
                                     )
SCOTT E. SAILOR, et al.,             )
                                     )
                 Defendants.         )
```

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 31st day of July, 2007

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**